# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

October 15, 2014

Lyle W. Cayce
Clerk

No. 14-20109

RALPH D. HUSTON; CHRISTINA HUSTON,

Plaintiffs - Appellants

v.

U.S. BANK NATIONAL ASSOCIATION, as Trustee for Citigroup Mortgage
Loan Trust 2007-WFHE4, Asset-Backed Pass-Through Certificates Series
2007-WFHE4,

Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-3735

Before SMITH, BARKSDALE, and HAYNES, Circuit Judges.

PER CURIAM:*

U.S. Bank National Association was awarded summary judgment on its
judicial-foreclosure claim against Ralph and Christina Huston. The Hustons
appeal, claiming U.S. Bank's action is barred as a previously unasserted
compulsory counterclaim. Having reviewed the briefs, the record, and the
applicable law, and essentially for the reasons stated by the district court, *Huston*

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5th Cir.
R. 47.5.4.

parseFloat

No. 14-20109

*v. U.S. Bank National Ass'n*, 988 F. Supp. 2d 732 (S.D. Tex. 2013), the judgment is AFFIRMED.